UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN RONAN,
                        Plaintiff,

                        21 Civ. 8277 (LGS)

       -against-

                        ORDER

PORT AUTHORITY TRANS HUDSON CORP.,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 18, 2022, required the parties to file a status letter on May 25, 2022, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that, by **June 3, 2022**, the parties shall file the status letter.

Dated: June 1, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE