USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RONAN,

                              Plaintiff,

          -v.-

PORT AUTHORITY TRANS HUDSON
CORP.,

                              Defendant.

21 Civ. 8277 (JHR)

NOTICE OF REASSIGNMENT

JENNIFER H. REARDEN, District Judge:

WHEREAS, a Final Pretrial Conference was scheduled for March 8, 2023 at 4:00 P.M.;

WHEREAS, this case was reassigned to this Court on January 27, 2023;

IT IS HEREBY ORDERED that the Final Pretrial Conference scheduled for March 8, 2023 at 4:00 P.M. shall be rescheduled for March 8, 2023 at **11:00 A.M.** in Courtroom 12B.

IT IS FURTHER ORDERED that within two weeks of the filing of this Order, the parties shall file on ECF a joint letter updating the Court on the status of the case. The joint letter shall not exceed five (5) double-spaced pages, and shall provide the following information, to the extent relevant, in separate paragraphs:

1.    The names of counsel and current contact information;

2.    A brief statement of the nature of the claims and the principal defenses;

3.    A brief explanation of why jurisdiction and venue lie in this Court. In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited

liability company, or trust, the letter shall state the citizenship of each entity's

members, shareholders, partners, and/or trustees;

4.     A statement of all existing deadlines, due dates, and/or cut-off dates;

5.     A statement of any previously scheduled conferences or arguments with the

Court that have not yet occurred, and the matters that were to be addressed;

6.     A brief description of any outstanding motions, including the date such motions

were filed and the nature of the relief sought;

7.     A statement and description of any pending appeals;

8.     A detailed statement of all discovery to date, including the number of depositions

taken by each party and any remaining discovery that is essential in order for the

parties to engage in meaningful settlement negotiations;

9.     A brief description of the status of prior settlement discussions, without

disclosing exact offers and demands;

10.    A statement of whether the parties have discussed employing alternative dispute

resolution mechanisms and whether the parties believe that (a) a settlement

conference before a Magistrate Judge; (b) participation in the District's

Mediation Program; and/or (c) the retention of a private mediator would be

productive and, if so, when (*e.g.*, within the next 60 days, after the deposition of

the plaintiff is completed, at the close of fact discovery, etc.);

11.    An estimate of the length of trial; and

12.    Any other information that the parties believe may assist the Court in advancing

the case, including, but not limited to, a description of any dispositive or novel

issue raised by the case.

All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment.  Requests for extensions or adjournment of dates not affected by this Order may be made only in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

Dated: February 3, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge