```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN RONAN,<br><br>                Plaintiff,<br><br>-v.-<br><br>PORT AUTHORITY TRANS HUDSON CORP.,<br><br>                Defendant. | 21 Civ. 8277 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for settlement purposes**. The parties shall promptly contact the Chambers of the assigned Magistrate Judge to schedule a settlement conference, which, subject to the Magistrate Judge's availability, shall take place no later than **March 17, 2023**.

SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                        */s/ Jennifer H. Rearden*
                                                        JENNIFER H. REARDEN
                                                        United States District Judge