```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RONAN,

                Plaintiff,

         -v.-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

21 Civ. 8277 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    By letter filed on February 21, 2023, *see* ECF No. 35, the parties in this action informed the Court that they have reached a settlement. **Notwithstanding the settlement, the parties shall appear as scheduled for the final pretrial conference on March 8, 2023, and for trial beginning on or after March 27, 2023,** *see* **Docket Nos. 22, 30, unless and until the parties either (1) file a joint stipulation of dismissal or settlement, or (2) appear in Court and put the material terms of the settlement on the record.** If the parties prefer the latter approach, they should promptly file a letter-motion requesting a conference. Failure to confirm settlement in a manner set forth above in a timely fashion may result in the parties' being assessed the costs of calling prospective jurors for trial pursuant to Rule 47.1 of the Local Civil Rules.

    SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge