```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN RONAN,

                Plaintiff,

        -v.-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

21 Civ. 8277 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On February 28, 2023, the parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which purports that "the Court retains jurisdiction to enforce the parties settlement."  ECF No. 37.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit file a stipulation of dismissal that includes the parties' settlement agreement (which shall be incorporated into the stipulation or filed as an exhibit thereto), **within one week of this Order**.  Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    **If the parties do not file their agreement on the docket within one week of the date of this Order, the Court will not retain jurisdiction over the parties' settlement agreement, and the Court will direct the Clerk of Court to terminate the case.**

    SO ORDERED.

Dated: March 6, 2023
       New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge