USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN RONAN,

                Plaintiff,

-v.-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

21 Civ. 8277 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

On February 28, 2023, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation purports that "the Court retains jurisdiction to enforce the parties['] settlement." ECF No. 37.

Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Accordingly, on March 6, 2023, the Court ordered the parties to file, within one week of that Order (i.e., by March 14, 2023), a stipulation of dismissal that included the parties' settlement agreement. ECF No. 38. In that Order, the Court warned the parties that if they failed to file their settlement agreement by the one-week deadline, the Court would not retain jurisdiction over the parties' settlement agreement, and the Court would direct the Clerk of Court to terminate the case. *Id.*

As of the date of this Order, the parties have not filed a settlement agreement. Therefore, the above-referenced action is dismissed with prejudice. *See* ECF No. 37. The Clerk of Court is directed to terminate the case.

        SO ORDERED.

Dated: April 5, 2023
       New York, New York

                                      JENNIFER H. REARDEN
                                      United States District Judge